No. 93–5727. CASTEEL, AKA AL GHASHIYAH (KAHN) *v.* KOLB ET AL. Ct. App. Wis. Certiorari denied.

No. 93–5734. SCHWARZ *v.* CHURCH OF SCIENTOLOGY INTERNATIONAL. C. A. 9th Cir. Certiorari denied.

No. 93–5735. BILAL *v.* LOCKHART, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–5740. DAVIS *v.* MCWHERTER ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–5741. BIALEN *v.* MANNESMANN DEMAG CORP. ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–5759. CORN *v.* CAUDILL ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–5766. REIDT *v.* UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5771. WRIGHT *v.* BLANCHARD ET AL. C. A. 6th Cir. Certiorari denied.

No. 93–5772. CHERRY *v.* RATELLE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5773. DEROSA *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.

No. 93–5774. CAMARENA *v.* CALIFORNIA DEPARTMENT OF CORRECTIONS ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–5775. DEALBUQUERQUE *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 93–5779. CASTEEL *v.* MCCAUGHTRY, WARDEN, ET AL. Sup. Ct. Wis. Certiorari denied.